# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAM B. GEROLD, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:19-cv-00233-RGA |
| *Plaintiff*, | CLASS ACTION |
| v. | JURY TRIAL DEMANDED |
| CELGENE CORPORATION, MARK J. ALLES, RICHARD W. BARKER, HANS BISHOP, MICHAEL W. BONNEY, MICHAEL D. CASEY, CARRIE S. COX, MICHAEL A. FRIEDMAN, JULIA A. HALLER, PATRICIA HEMINGWAY HALL, JAMES J. LOUGHLIN, ERNEST MARIO, JOHN H. WEILAND, BRISTOL-MYERS SQUIBB CO., and BURGUNDY MERGER SUB, INC., | |
| *Defendants*. | |

## **NOTICE OF DISMISSAL**

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Sam B. Gerold ("Plaintiff"), by counsel, hereby gives notice that he is dismissing all claims in the above captioned matter (the "Action"), with prejudice as to himself and without prejudice as to claims on behalf of the putative class in the Action. Because this notice of dismissal is being filed before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: April 11, 2019

                                  **O'KELLY ERNST & JOYCE, LLC**

By: */s/ Ryan M. Ernst*
    Ryan M. Ernst (No. 4788)
901 N. Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 778-4000
Facsimile: (302) 295-2873
Email: rernst@oelegal.com

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
440 Park Avenue South
New York, NY 10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

*Attorneys for Plaintiff*

Of Counsel:

Justin Kuehn
**MOORE KUEHN, PLLC**
30 Wall Street, 8th Floor
New York, NY 10005
Phone: (212) 709-8245
Email: jkuehn@moorekuehn.com